UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| WILLIAM J. DIEHL, JR., | ) | CASE NO. 05 B 55259 |
| | ) | |
| Debtor(s). | ) | HON. JACK B. SCHMETTERER |

**PROPOSED DISTRIBUTION REPORT**

I, RICHARD M. FOGEL, TRUSTEE, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $14,815.18 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $544.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $15,359.18 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $14,815.18 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Richard M. Fogel, Trustee Trustee Compensation | $3,500.00 | $3,500.00 |
| | Shaw Gussis Fishman Glantz Attorney for Trustee Fees | $10,194.50 | $10,194.50 |
| | Shaw Gussis Fishman Glantz Attorney for Trustee Expenses | $160.68 | $160.68 |
| | Popowcer Katten, Ltd. Accountant for Trustee Fees | $960.00 | $960.00 |
| | **CLASS TOTALS** | **$14,815.18** | **$14,815.18** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

{5713 RPT A0174219.DOC}

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 24,830.83 | 2.19% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 19 | Department of the Treasury Claims of Governmental Units-- 507 | $24,830.83 | $544.00 |
| | **CLASS TOTALS** | **$24,830.83** | **$544.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 386,468.22 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 17 | Amcore Bank N.A. General Unsecured 726 | $116,104.49 | $0.00 |
| 10 | Amcore Bank Na General Unsecured 726 | $7,393.65 | $0.00 |
| 15 | Anchorbank FSB General Unsecured 726 | $176,456.63 | $0.00 |
| 8 | Applied Card Bank Payments to Unsecured Credit Card Holders | $5,553.84 | $0.00 |
| 5 | Bankfirst Action Card Payments to Unsecured Credit Card Holders | $1,936.77 | $0.00 |

| | | | |
|---|---|---:|---:|
| 9 | BMW Financial Services Na, Llc | $8,879.01 | $0.00 |
| | General Unsecured 726 | | |
| 14 | Crystal Urban | $1,522.80 | $0.00 |
| | General Unsecured 726 | | |
| 20 | Department of the Treasury | $100.00 | $0.00 |
| | General Unsecured 726 | | |
| 16 | Ibbotson Heating Company | $6,498.55 | $0.00 |
| | General Unsecured 726 | | |
| 12 | John Klug | $48,035.03 | $0.00 |
| | General Unsecured 726 | | |
| 7 | Maple Grove Auto Center | $684.04 | $0.00 |
| | General Unsecured 726 | | |
| 2 | Murphy Desmond SC | $2,427.80 | $0.00 |
| | General Unsecured 726 | | |
| 3 | Sugar Grove Animal Hospital | $767.69 | $0.00 |
| | General Unsecured 726 | | |
| 18 | Tikalsky, Raasch & Tikalsky | $10,107.92 | $0.00 |
| | General Unsecured 726 | | |
| | **CLASS TOTALS** | **$386,468.22** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

{5713 RPT A0174219.DOC}

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| GUC | 1 | Murphy Desmond | $2,427.80 | Amended by #2 |
| SEC | 4 | Midwest Bank & Trust | 321,927.25 | Paid/withdrawn |
| SEC | 6 | AnchorBank FSB | 176,456.63 | Amended by #15 |
| SEC | 11 | Amcore Bank NA | 2,909.72 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____

Richard M. Fogel, Trustee
321 N. Clark Street, Suite 800
Chicago, IL  60610
(312) 276-1334