UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | CHAPTER 7 | |
| ) | | |
| WILLIAM J. DIEHL, JR., ) | CASE NO. 05 B 55259 | |
| ) | | |
| Debtor(s). ) | HON. JACK B. SCHMETTERER | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 South Dearborn Street, Courtroom 682, Chicago, IL  60604

    On: **August 30, 2007**           Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $402,592.27 |
    | Disbursements | $387,233.14 |
    | Net Cash Available for Distribution | $ 15,359.13 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | RICHARD M. FOGEL, TRUSTEE<br>*Trustee Compensation* | $0.00 | $3,500.00 | $0.00 |
    | SHAW GUSSIS FISHMAN GLANTZ<br>*Attorney for Trustee* | $0.00 | $10,194.50 | $160.68 |
    | POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $0.00 | $960.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $24,830.83 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 2.1908%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 19 | Department of the Treasury | $24,830.83 | $544.00 |

7.    Claims of general unsecured creditors totaling $386,468.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Murphy Desmond SC | $2,427.80 | $0.00 |
| 3 | Sugar Grove Animal Hospital | $767.69 | $0.00 |
| 5 | Bankfirst Action Card | $1,936.77 | $0.00 |
| 7 | Maple Grove Auto Center | $684.04 | $0.00 |
| 8 | Applied Card Bank | $5,553.84 | $0.00 |
| 9 | BMW Financial Services NA, LLC | $8,879.01 | $0.00 |
| 10 | Amcore Bank NA | $7,393.65 | $0.00 |
| 12 | John Klug | $48,035.03 | $0.00 |
| 14 | Crystal Urban | $1,522.80 | $0.00 |
| 15 | Anchorbank FSB | $176,456.63 | $0.00 |
| 16 | Ibbotson Heating Company | $6,498.55 | $0.00 |
| 17 | Amcore Bank N.A. | $116,104.49 | $0.00 |
| 18 | Tikalsky, Raasch & Tikalsky | $10,107.92 | $0.00 |
| 20 | Department of the Treasury | $100.00 | $0.00 |

8.    Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9.    Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

{5713 NTC A0174222.DOC}

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor has not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| BANK ACCOUNT #2 | $507.58 |
| WEARING APPAREL | $750.00 |
| LIFE INSURANCE | $0.00 |
| IRA ACCOUNT | $884.72 |
| INTEREST IN BUSINESS ENTITIES | $0.00 |
| ACCOUNTS RECEIVABLE | $0.00 |
| VEHICLES | $0.00 |
| COMPUTER | $300.00 |

Dated: **July 25, 2007**

For the Court,

By: **KENNETH S GARDNER**
Clerk of the U.S. Bankruptcy Court

Trustee:  Richard M. Fogel
Address:  321 N. Clark Street
          Suite 800
          Chicago, IL  60610
Phone No.  (312) 276-1334

{5713 NTC A0174222.DOC}