UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| WILLIAM J. DIEHL, JR., | ) | CASE NO. 05 B 55259 |
| | ) | |
| Debtor(s). | ) | HON. JACK B. SCHMETTERER |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604

    On: **August 30, 2007**             Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $402,592.27 |
    | Disbursements | $387,233.14 |
    | Net Cash Available for Distribution | $ 15,359.13 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | RICHARD M. FOGEL, TRUSTEE<br>*Trustee Compensation* | $0.00 | $3,500.00 | $0.00 |
    | SHAW GUSSIS FISHMAN GLANTZ<br>*Attorney for Trustee* | $0.00 | $10,194.50 | $160.68 |
    | POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $0.00 | $960.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

{5713 NTC A0174222.DOC}

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $24,830.83 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 2.1908%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 19 | Department of the Treasury | $24,830.83 | $544.00 |

7. Claims of general unsecured creditors totaling $386,468.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Murphy Desmond SC | $2,427.80 | $0.00 |
| 3 | Sugar Grove Animal Hospital | $767.69 | $0.00 |
| 5 | Bankfirst Action Card | $1,936.77 | $0.00 |
| 7 | Maple Grove Auto Center | $684.04 | $0.00 |
| 8 | Applied Card Bank | $5,553.84 | $0.00 |
| 9 | BMW Financial Services NA, LLC | $8,879.01 | $0.00 |
| 10 | Amcore Bank NA | $7,393.65 | $0.00 |
| 12 | John Klug | $48,035.03 | $0.00 |
| 14 | Crystal Urban | $1,522.80 | $0.00 |
| 15 | Anchorbank FSB | $176,456.63 | $0.00 |
| 16 | Ibbotson Heating Company | $6,498.55 | $0.00 |
| 17 | Amcore Bank N.A. | $116,104.49 | $0.00 |
| 18 | Tikalsky, Raasch & Tikalsky | $10,107.92 | $0.00 |
| 20 | Department of the Treasury | $100.00 | $0.00 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

{5713 NTC A0174222.DOC}

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor has not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| BANK ACCOUNT #2 | $507.58 |
| WEARING APPAREL | $750.00 |
| LIFE INSURANCE | $0.00 |
| IRA ACCOUNT | $884.72 |
| INTEREST IN BUSINESS ENTITIES | $0.00 |
| ACCOUNTS RECEIVABLE | $0.00 |
| VEHICLES | $0.00 |
| COMPUTER | $300.00 |

Dated: **July 25, 2007**               For the Court,

By:   **KENNETH S GARDNER**
        Clerk of the U.S. Bankruptcy Court

Trustee:  Richard M. Fogel
Address:  321 N. Clark Street
          Suite 800
          Chicago, IL  60610
Phone No. (312) 276-1334

{5713 NTC A0174222.DOC}

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Jul 25, 2007
Case: 05-55259                 Form ID: pdf002              Total Served: 80


The following entities were served by first class mail on Jul 27, 2007.
db           +William J Diehl, Jr,    POB 68656,    Schaumburg, IL 60168-0656
aty          +August A Pilati,    Gesas, Pilati, Gesas & Golin LTD,     53 W Jackson Blvd,    Suite 528,
               Chicago, IL 60604-3617
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,     Suite 1442,
               Chicago, IL 60604-3536
aty          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson et al,      321 N Clark Street  Suite 800,
               Chicago, IL 60610-4766
aty          +Scott H. Kenig,    Randall & Kenig LLP,     455 N. Cityfront Plaza Drive,     #3160,
               Chicago, IL 60611-5355
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfton,     321 N Clark Street  Suite 800,
               Chicago, IL 60610-4766
cr           +Amcore Bank, N.A.,    501 Seventh Street,    Rockford, IL 61104-1299
cr           +Midwest Bank and Trust Company,     501 West North Avenue,    Melrose Park, IL 60160-1628
10896914     +AMCORE Bank, N.A.,    c/o Cynthia G. Fletcher, Esq.,     Davis & Kuelthau, s.c.,
               111 East Kilbourn Avenue-Suite 1400,     Milwaukee, Wisconsin 53202-6613
10719059     +AT&T Wireless Service,    PO Box 68056,    Anaheim, CA 92817-0856
10719060     +AT&T Wireless Services,    c/o Allied Interstate,     3200 Northline Avenue,    Suite 160,
               Greensboro, NC 27408-7613
10325878     +Amcore Bank,    PO Box 1537,    Rockford IL 61110-0037
10719055     +Amcore Bank NA,    c/o Cynthia Fletcher,    Davis & Kluelthau,     111 East Kilbourn Avenue #1400,
               Milwaukee, WI 53202-6613
10719056     +Amcore Bank NA,    1210 S Alpine Road,    Rockford, IL 61108-3946,     Attn: DeeDee Lunquist
10719054     +Amcore Bank NA,    1210 S Alpine Road,    Rockford, IL 61108-3946
10325897     +Anchor Bank,    25 W Main St,    Madison WI 53703-3374
10719057     +AnchorBank FSB,    c/o Edward F Thompson Esq,    Clair Law Offices SC,     617 East Walworth Avenue,
               Delavan, WI 53115-1248
10871458      AnchorBank Fsb,    c/o Attorney Edward F Thompson,     PO Box 445,    Delavan, WI 53115-0445
10325874     +Applied Card,    4700 Exchange Court,    Boca Raton Fl 33431-4420
10719058     +Applied Card Bank,    PO Box 17125,    Wilmington, DE 19850-7125
10325876      BMW Financial,    P O Box 3680,    Dublin OH 43016-0306
10828673     +BMW Financial Services NA, LLC,     5550 Britton Parkway,    Hilliard, Ohio 43026-7456
10325898     +Babcock Advertising,    PO Box 1246,    Janesville WI 53547-1246
10719061     +Babcock Advertising,    966 Center Avenue,    Janesville, WI 53546-5379
10325875      Bank First,    2600 W 49th St,    Sioux Falls SD 57105-6575
10719062      Bankfirst Action Card,    PO Box 5052,    Sioux Falls, SD 57117-5052
10325879      Baraboo National Bank,    PO Box 50,    Baraboo WI 53913-0050
10719064     +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
10325880     +Capital One Bank,    4851 Cox Road #1203,    Glen Allen VA 23060-6293
10325877     +Chase Auto Finance,    P O Box 901008,    Fort Worth TX 76101-2008
10719066     +Check N Go,    2547 West Golf Road,    Schaumburg, IL 60169-1165
10719067     +City of Lake Geneva,    626 Geneva Street,    Lake Geneva, WI 53147-1914
10719068     +Consolidated Construction Inc,     PO Box 189,    Saint Germain, WI 54558-0189
10718718     +Cook County Clerk,    Real Estate & Tax Service Department,      118 North Clark Street,   Room 434,
               Chicago, IL 60602-1413
10719116     +Cyrstal Urban,    PO Box 1777,    Eagle River, WI 54521-1777
10325895     +Daidone & Daidone,    7124 West Touhy Avenue,     Niles IL 60714-4526
10325882     +Deer & Co,    c/o Ian K Linnabary Esq,    Reno & Zahm LLP,     2902 McFarland #400,
               Rockford IL 61107-6801
10718719     +Deere & Co,    One John Deere Place,    Moline, IL 61265-8098
10718720      Deere & Co,    c/o John Deere Credit,    PO Box 4450,    Carol Stream, IL 60197-4450
10325885     +Dewitt, Ross & Stevens,    2 East Mifflin Suite 800-,     Madison WI 53703-4217
10719069     +Diversified Tax Services Inc,     436 East State Parkway,    #126,    Schaumburg, IL 60173-6412
10325889     +Dundee Animal,    199 Penny Avenue,    Dundee IL 60118-1494
10325899     +Global Payments,    6215 W Howard St,    NIles IL 60714-3403
10718805    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,      PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,     P O Box 21126,    Philadelphia, PA 19114-0326)
10325896     +Ibbotson Heating,    514 S Arthur Avenue,    Arlington Hts IL 60005-2141
10895607     +Ibbotson Heating Company,    c/o Stitt, Klein, Daday,     Aretos & Giampietro, LLC,
               121 S. Wilke Rd., Ste. 500,     Arlington Heights, IL 60005-1528
10325900     +Illinois Collection,    3101 W 95th St,    Evergreen Pk IL 60805-2407
10718804      Illinois Department of Revenue,     Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
10719070      John Deere Credit,    6400 NW 86th Street,    PO Box 6600,    Johnston, IA 50131-6600
10325901     +John Deere Credit,    8402 Excelsior Drive,    Madison WI 53717-1909
10719072     +John Klug,    924 Lake Geneva Boulevard,    Lake Geneva, WI 53147-2444
10719073      John Klug,    c/o Seymour Kremer Nommensen Morrissy,      & Koch LLP,
               23 North Wisconsin Street PO Box 470,     Elkhorn, WI 53121-0470
10719071     +Kepler & Peyton,    634 West Main Street,    Suite 202,    Madison, WI 53703-2697
10325883     +Klug, John,    PO Box 1172,    Lake Geneva WI 53147-6172
10325893     +LaSalle Bank,    PO Box 29097,    Chicago IL 60629-0097
10719109     +LaSalle Bank,    135 South LaSalle Street,    Chicago, IL 60603-4489
10719074     +Land Rover Financial Services,     5515 Parkcenter Circle,    Dublin, OH 43017-3584
10719107      Land Rover Financial Services,     c/o BMW Financial,    PO Box 3680,    Dublin, OH 43016-0306
10719108      Land Rover Financial Services,     c/o Land Rover Capital Group,     PO Box 680020,
               Franklin, TN 37068-0020
10719063     +Larry & Randy Bond,    W3245 5th Street,    Montello, WI 53949-9777
10325888     +Malek, Gary,    151 N Michigan #815,    Chicago IL 60601-7506
10819864     +Maple Grove Auto Center,    H E Stark Agency Inc,     P O Box 45710,    Madison, WI 53744-5710
10325892     +Marty Schwartz PC,    Ira N Helfgot,    Three First National Plaza Suite 3700,
               Chicago, IL 60602-5010
10718758     +Midwest Bank and Trust Company,     505 North Roselle Road,    Roselle, IL 60172-5008
10789310     +Midwest Bank and Trust Company,     501 W. North Avenue,    Melrose Park, IL 60160-1628
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jul 25, 2007
Case: 05-55259                Form ID: pdf002          Total Served: 80

10325884     Murphy Desmond SC,    2 East Mifflin Street,    Suite 800,    PO Box 2038,    Madison, WI 53701-2038
10325881    +Providian,    PO Box 9007,    Pleasonton CA 94566-9007
10719111     Providian National Bank,    c/o Providian Visa Card,    PO Box 9539,    Manchester, NH 03108-9539
10719110     Providian National Bank,    c/o Providian,    PO Box 660433,    Dallas, TX 75266-0433
10719112    +Short Term Loans LLC,    1400 East Touhy Avenue,    #108,    Des Plaines, IL 60018-3338
10325891    +Starck Agency,    PO Box 45710,    Madison WI 53744-5710
10325902    +State Collection,    P O Box 6250,    Madison WI 53716-0250
10325890    +Sugar Grove Animal,    50 Cross Street Box 540,    Sugar Grove IL 60554-0540
10719113    +The Baraboo National Bank,    c/o Robert K Ginther Esq,    Cross Jenks Mercer and Maffei,
              221 Third Avenue PO Box 556,    Baraboo, WI 53913-0556
10325886    +Thorp, Compton & Christian,    PO Box 386,    Delavan WI 53115-0386
10719115    +Thorpe Compton & Christian SC,    1624 Hobbs Drive,    Suite 1,    Delavan, WI 53115-2029
10325887    +Tikalsky, Raasch & Tikalsky,    253 S Street,    Waukesha WI 53186-4824
10325894    +Urban, Crystal,    PO Box 1777,    Eagle River WI 54521-1777
10718757    +William & Anna Maria Hinkle,    1315 Maple Drive,    Round Lake, IL 60073-1638

The following entities were served by electronic transmission on Jul 26, 2007.
10719065    +Fax: 602-221-4614 Jul 26 2007 02:46:53     Chase Auto Finance,    PO Box 15700,
              Wilmington, DE 19886-5700
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Shaw Gussis Fishman Glantz Wolfson & Towbin
acc          Popwcer Katten Ltd
10719114*   +The Starck Agency,    PO Box 45710,    Madison, WI 53744-5710
                                                                                          TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2007**          **Signature:**    *Joseph Speetjens*