**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Hon. Jack B. Schmetterer |
| William J. Diehl, Jr., | ) | Case No.05 B 55259 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE TRUSTEE**

TO: THE HONORABLE JACK B. SCHMETTERER,
UNITED STATES BANKRUPTCY JUDGE

     Final distribution of all monies has been made in accordance with the Order(s) Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

     All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: October 23, 2007            /s/ Richard M. Fogel
                                             Shaw Gussis Fishman Glantz
                                             Wolfson & Towbin LLC
                                             321 N. Clark Street, Suite 800
                                             Chicago, IL  60610
                                             (312) 541-0151

{5713 RPT A0189151.DOC}